Spencer Y. Kook (205304)
James C. Castle (235551)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399
Emails: skook@bargerwolen.com
jcastle@bargerwolen.com

Bridget S. Johnsen (210778)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213)896-6000
Facsimile: (213)896-6800
Email: bjohnsen@sidley.com

Attorneys for All Defendants
(Except for Defendants Broadspire Services,
Inc. and Crawford & Company)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOURCE ONE STAFFING, LLC, <br><br>Plaintiff, <br><br>vs. <br><br>BROADSPIRE SERVICES, INC.; CRAWFORD & COMPANY, INC.; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; AMERICAN HOME ASSURANCE COMPANY; INSURANCE COMPANY FOR THE STATE OF PENNSYLVANIA; et al. <br><br>Defendants. | CASE NO.: CV11-224 GW (PJWx) <br><br>**JOINT STATEMENT OF PROPOSED SCHEDULE** <br><br>**Status Conference**: <br>Date: July 31, 2014 <br>Time: 8:30 a.m. <br>Ctrm.: 10 <br><br>Complaint Filed: December 8, 2010 |

nydocs1-1035432.1

Plaintiff Source One Staffing, LLC ("Source One") and Defendants Broadspire Services, Inc. and Crawford & Company, Inc. (collectively "Broadspire"), and Defendants National Union Fire Insurance Company Of Pittsburgh, Pa. ("NU"), American Home Assurance Company, Insurance Company for the State of Pennsylvania, Commerce and Industry Insurance Company, Birmingham Fire Insurance Company, Illinois National Insurance Company, Chartis Casualty Company formerly known as Defendant American International South Insurance Company, AIU Insurance Company, American International Pacific Insurance Company, Granite State Insurance Company, Landmark Insurance Company, National Union Fire Insurance Company of Louisiana, New Hampshire Insurance Company, American International Group, Inc., AIG Consultants, Inc., and AIG Claim Services, Inc. ("Removing Defendants"), by and through their respective counsel, hereby jointly submit this Joint Statement of Proposed Schedule pursuant to the Court's July 21, 2014 minute order.

### 1. Setting of Schedule for Motion for Remand and Motion to Dismiss

On February 10, 2011, the Removing Defendants filed a motion to stay or dismiss ("Motion to Dimiss") Plaintiff's complaint on various grounds, including the ground that Plaintiff's claims against the non-issuer defendants should be dismissed. On February 22, 2011, Plaintiff moved to remand the case back to state court on the ground that inclusion of one defendant, Landmark Insurance Company – a California corporation – negates diversity jurisdiction ("Motion to Remand"). The Removing Defendants contend that Landmark's inclusion in this case is a "sham" defendant.

No oppositions or replies have been filed. The hearings on both motions were taken off calendar pending a determination of the arbitration issue raised in New York.

The parties agree that the Motion to Remand should be placed back on calendar and propose that the Removing Defendants be given 30 days to file any

-2-

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

nydocs1-1035432.1

opposition to the Motion to Remand and that Plaintiff be given 15 days thereafter to file any reply. The parties agree that the date of the hearing on the Motion to Remand should be set on or after September 15, 2014.

With regards to the Motion to Dismiss, the Removing Defendants reserve their right to file a further responsive pleading and/or motion following this Court's determination of the Motion to Remand and/or an appellate New York decision concerning the parties' agreement to arbitrate issues raised in this action.

### 2. Rule 26(f) conference

The parties propose that a Rule 26(f) conference be set at a reasonable time after the hearing(s) on the Motion to Remand and Motion to Dismiss.

### 3. Discovery and Discovery Motion Cut-Off Date

The parties propose a discovery cut-off of December 15, 2015 (or thirty days prior to trial). This cut-off date includes completion of expert discovery and hearing on discovery motions. The parties also propose that expert disclosures be made by August 17, 2015.

### 4. Motions and Motion Cut-Off Date

The parties agree and propose that all law and motion matters, except for motions in limine, be heard by or before 90 days prior to the first day of trial.

### 5. Pre-Trial Conference and Trial

The parties propose a trial date in January 15, 2016 and a pre-trial conference one week in advance of the first day of trial or, January 8, 2016 (if the trial commences on January 15, 2016).

-3-

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

nydocs1-1035432.1

| | | |
|---|---|---|
| 1 | Dated: July 28, 2014 | ANDERSON KILL WOOD & BENDER, P.C. |
| 2 | | |
| 3 | | By: /s/ Alex Hardiman |
| 4 | | ALEX HARDIMAN |
|   | | ROBERT HERNANDEZ |
| 5 | | Attorneys for Plaintiff |
| 6 | | Source One Staffing, LLC |
| 7 | Dated: July 28, 2014 | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| 8 | | |
| 9 | | By: /s/ Roger S. Raphael |
| 10 | | ROGER S. RAPHAEL |
|   | | Attorneys for Defendants |
| 11 | | Broadspire Services, Inc. and Crawford & Company, Inc. |
| 14 | Dated: July 28, 2014 | BARGER & WOLEN LLP |
| 16 | | By: /s/ Spencer Y. Kook |
| 17 | | SPENCER Y. KOOK |
|   | | JAMES C. CASTLE |
|   | | Attorneys for Defendants |
|   | | National Union Fire Insurance Company of Pittsburgh, Pa.; American Home Assurance Company; Insurance Company for the State of Pennsylvania; Commerce and Industry Insurance Company; Birmingham Fire Insurance Company; Illinois National Insurance Company; American International South Insurance Company; AIU Insurance Company; American International Pacific Insurance Company; Granite State Insurance Company; Landmark Insurance Company; National Union Fire Insurance Company of Louisiana; New Hampshire Insurance Company; American International Group, Inc.; AIG Consultants, Inc.; AIG Claim Services, Inc. |

-4-

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

nydocs1-1035432.1