Name and address:
Spencer Y. Kook (205304)
James C. Castle (235551)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SOURCE ONE STAFFING, LLC, | CASE NUMBER: |
| PLAINTIFF(S) v. | CV11-224 GW (PJWx) |
| BROADSPIRE SERVICES, INC.; CRAWFORD & COMPANY, INC.; NATIONAL UNION, et al. DEFENDANT(S) | REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL |

### INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission if another member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution is required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

### SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Spencer Y. Kook, Esq.        CA Bar Number: 205304

Firm or agency: BARGER & WOLEN, LLP

Address: 633 W. Fifth Street, 47th Floor, Los Angeles, CA 90071

Telephone Number: (213) 680-2800        Fax Number: (213) 614-7399

E-mail: skook@bargerwolen.com

Counsel of record for the following party or parties: See Attached (Attachment 1)

Other members of the same firm or agency also seeking to withdraw: Steven H. Weinstein (086724)
James C. Castle (235551)

---

G-01 (06/13)        REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL        Page 1 of 2

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Bridget Johnsen  CA Bar Number: 210778
Firm or agency: SIDLEY AUSTIN LLP
Address: 555 W. Fifth Street, Los Angeles, CA 90013
Telephone Number: (213) 896-6000  Fax Number: (213) 896-6600
E-mail: bjohnsen@sidley.com

## SECTION III - SIGNATURES

*Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: July 28, 2014  Signature: /s/
Name: Spencer Y. Kook

*New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: July 28, 2014  Signature: /s/
Name: Bridget Johnsen

*Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.
☐ representing myself *pro se* in this case.

Date: July 28, 2014  Signature: /s/
Name: Jason Goldy
Title: Associate General Counsel, Defendants

## ATTACHMENT 1

Withdrawing Attorney is counsel of record for the following parties:

1. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

2. AMERICAN HOME ASSURANCE COMPANY

3. INSURANCE COMPANY FOR THE STATE OF PENNSYLVANIA

4. COMMERCE AND INDUSTRY INSURANCE COMPANY

5. BIRMINGHAM FIRE INSURANCE COMPANY

6. ILLINOIS NATIONAL INSURANCE COMPANY

7. AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY

8. AIU INSURANCE COMPANY

9. AMERICAN INTERNATIONAL PACIFIC INSURANCE COMPANY

10. GRANITE STATE INSURANCE COMPANY

11. LANDMARK INSURANCE COMPANY

12. NATIONAL UNION FIRE INSURANCE COMPANY OF LOUISIANA

13. NEW HAMPSHIRE INSURANCE COMPANY

14. AMERICAN INTERNATIONAL GROUP, INC.

15. AIG CONSULTANTS, INC.

16. AIG CLAIM SERVICES, INC