Name and
Spencer Y. kook  (205304)
James C. Castle (235551)
BARGER & WOLEN, LLP
633 W. Fifth Street, 47th Floor
Los Angeles, CA  90071

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOURCE ONE STAFFING, LLC,<br><br>Plaintiff(s)<br><br>v.<br><br>BROADSPIRE SERVICES, INC.;<br>CRAWFORD & COMPANY, INC.; et al.<br><br>Defendant(s). | CASE NUMBER<br><br>CV11-224 GW (PJWx)<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

Defendants (except Broadspire & Crawford)   ☐ Plaintiff   ☑ Defendant   ☐ Other _____

_Name of Party_

to substitute  Bridget Johnsen, SIDLEY AUSTIN LLP                                who is

☑ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)         ☐ Pro Se

555 W. Fifth Street
_Street Address_

Los Angeles, CA,  90013                                bjohnsen@sidley.com
_City, State, Zip_                                       _E-Mail Address_

213-896-6000                  213-896-6600                  210778
_Telephone Number_            _Fax Number_                 _State Bar Number_

as attorney of record instead of  Steven H. Weinstein, Spencer Y. Kook, James C. Castle
_Present Attorney_

**is hereby**       ☐ **GRANTED**       ☐ **DENIED**

Dated _____        _____

U. S. District Judge/U.S. Magistrate Judge