Name and address:
Bridget S. Johnsen (SBN 210778)    bjohnsen@sidley.com
SIDLEY AUSTIN LLP
555 W. Fifth St., Ste. 4000, Los Angeles, CA 90013-1010
Tel: (213) 896-6000    Fax: (213) 896-6600
Attorneys for Defendants except Broadspire and Crawford

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOURCE ONE STAFFING, LLC,<br><br>v.          Plaintiff(s)<br><br>BROADSPIRE SERVICES, INC.; CRAWFORD & COMPANY, INC., et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>CV 11-224-GW (PJWx)<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Crowell, Nicholas P.        of    SIDLEY AUSTIN LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    787 Seventh Avenue
                                                                New York, NY 10019
(212) 839-5300        (212) 839-5599
*Telephone Number*    *Fax Number*                              *Firm Name & Address*

ncrowell@sidley.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of

Please see Schedule A, attached

*Name(s) of Party(ies) Represented*    ☐ Plaintiff    ☒ Defendant    ☐ Other:

**and designating as Local Counsel**

Johnsen, Bridget S.        of    SIDLEY AUSTIN LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    555 West Fifth St., Suite 4000
                                                                Los Angeles, CA  90013-1010
210778        (213) 896-6000
*Designee's Cal. Bar Number*    *Telephone Number*

        (213) 896-6600                                          *Firm Name & Address*
        *Fax Number*                                             bjohnsen@sidley.com
                                                                *E-Mail Address*

hereby ORDERS the Application be:

☐ GRANTED.

☐ DENIED.  Fee shall be returned by the Clerk.

☐ DENIED, for failure to pay the required fee.

Dated _____

                                                    _____
                                                    **U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (06/13)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1

Schedule A to [Proposed] Order on Application
of Non-Resident Attorney to Appear
in a Specific Case Pro Hac Vice

<u>Source One Staffing, LLC v. Broadspire Services, Inc., et al.</u>
Case No. CV 11-224-GW (PJWx)

Nicholas P. Crowell requests permission to appear and participate in the case on behalf of the following Defendants:

National Union Fire Insurance Company of Pittsburgh, PA; American Home Assurance Company; Insurance Company for the State of Pennsylvania; Commerce and Industry Insurance Company; Birmingham Fire Insurance Company; Illinois National Insurance Company; Chartis Casualty Company formerly known as American International South Insurance Company; AIU Insurance Company; American International Pacific Insurance Company; Granite State Insurance Company; Landmark Insurance Company; National Union Fire Insurance Company of Louisiana; New Hampshire Insurance Company; American International Group, Inc.; AIG Consultants, Inc.; and AIG Claim Services, Inc.