Name and address:
Bridget S. Johnsen (SBN 210778)   bjohnsen@sidley.com
SIDLEY AUSTIN LLP
555 W. Fifth St., Ste. 4000, Los Angeles, CA 90013-1010
Tel: (213) 896-6000   Fax: (213) 896-6600
Attorneys for Defendants except Broadspire and Crawford

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOURCE ONE STAFFING, LLC,<br><br>               Plaintiff(s)<br>v.<br>BROADSPIRE SERVICES, INC.; CRAWFORD & COMPANY, INC., et al.,<br><br>               Defendant(s). | CASE NUMBER<br>CV 11-224-GW (PJWx)<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Muenz, Jon W.                                         of    SIDLEY AUSTIN LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*         787 Seventh Avenue
                                                                     New York, NY 10019
(212) 839-5300            (212) 839-5599
*Telephone Number*        *Fax Number*

jmuenz@sidley.com                                        *Firm Name & Address*
*E-Mail Address*

for permission to appear and participate in this case on behalf of

Please see Schedule A, attached

*Name(s) of Party(ies) Represented*      ☐ Plaintiff    ☒ Defendant    ☐ Other: _____

**and designating as Local Counsel**

Johnsen, Bridget S.                                       of    SIDLEY AUSTIN LLP
*Designee's Name (Last Name, First Name & Middle Initial)*         555 West Fifth St., Suite 4000
                                                                    Los Angeles, CA  90013-1010
210778                   (213) 896-6000
*Designee's Cal. Bar Number*   *Telephone Number*

                         (213) 896-6600
                         *Fax Number*                    *Firm Name & Address*
                                                         bjohnsen@sidley.com
                                                         *E-Mail Address*

hereby ORDERS the Application be:

☐ GRANTED.

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED, for failure to pay the required fee.

Dated _____

                                                         U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (06/13)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1

Schedule A to [Proposed] Order on Application
of Non-Resident Attorney to Appear
in a Specific Case Pro Hac Vice

<u>Source One Staffing, LLC v. Broadspire Services, Inc., et al.</u>
Case No. CV 11-224-GW (PJWx)

Jon W. Muenz requests permission to appear and participate in the case on behalf of the following Defendants:

National Union Fire Insurance Company of Pittsburgh, PA; American Home Assurance Company; Insurance Company for the State of Pennsylvania; Commerce and Industry Insurance Company; Birmingham Fire Insurance Company; Illinois National Insurance Company; Chartis Casualty Company formerly known as American International South Insurance Company; AIU Insurance Company; American International Pacific Insurance Company; Granite State Insurance Company; Landmark Insurance Company; National Union Fire Insurance Company of Louisiana; New Hampshire Insurance Company; American International Group, Inc.; AIG Consultants, Inc.; and AIG Claim Services, Inc.