1 **Bridget S. Johnsen (SBN 210778)**
  bjohnsen@sidley.com
2 **SIDLEY AUSTIN LLP**
  555 West Fifth Street, Suite 4000
3 Los Angeles, California  90013-1010
  Telephone:     (213) 896-6000
4 Facsimile:      (213) 896-6600

5 **Attorneys for Defendants
  Except Broadspire and Crawford**

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 10 | SOURCE ONE STAFFING, LLC, | ) No. 11-CV-224-GW (PJWx) |
| 11 | Plaintiffs, | ) **NOTICE OF ERRATA RE:** |
| 12 | vs. | ) **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A** |
| 13 | BROADSPIRE SERVICES, INC.; CRAWFORD & COMPANY, INC., et al., | ) **SPECIFIC CASE PRO HAC VICE** |
| 15 | Defendants. | ) |

NOTICE OF ERRATA

1    PLEASE TAKE NOTICE that on August 20, 2014, Defendants National Union Fire Insurance Company of Pittsburgh, PA; American Home Assurance Company; Insurance Company for the State of Pennsylvania; Commerce and Industry Insurance Company; Birmingham Fire Insurance Company; Illinois National Insurance Company; Chartis Casualty Company formerly known as American International South Insurance Company; AIU Insurance Company; American International Pacific Insurance Company; Granite State Insurance Company; Landmark Insurance Company; National Union Fire Insurance Company of Louisiana; New Hampshire Insurance Company; American International Group, Inc.; AIG Consultants, Inc.; and AIG Claim Services, Inc. filed an Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice (Docket No. 77) and neglected to attach the Certificate of Good Standing.  Attached hereto as Exhibit A is the Certificate of Good Standing for Nicholas P. Crowell.

Respectfully submitted,

Dated: August 21, 2014            SIDLEY AUSTIN LLP


By:  /s/ Bridget S. Johnsen
     Bridget S. Johnsen
     Attorneys for Defendants Except
     Broadspire and Crawford

NOTICE OF ERRATA