**Bridget S. Johnsen (SBN 210778)**
bjohnsen @sidley.com
**SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone:   (213) 896-6000
Facsimile:   (213) 896-6600

**Attorneys for Defendants
Except Broadspire and Crawford**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOURCE ONE STAFFING, LLC,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>BROADSPIRE SERVICES, INC.; CRAWFORD & COMPANY, INC., et al.,<br><br>　　　　Defendants. | No. 11-CV-224-GW (PJWx)<br><br>**NOTICE OF ERRATA RE: APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE** |

NOTICE OF ERRATA

1  PLEASE TAKE NOTICE that on August 20, 2014, Defendants National Union Fire Insurance Company of Pittsburgh, PA; American Home Assurance Company; Insurance Company for the State of Pennsylvania; Commerce and Industry Insurance Company; Birmingham Fire Insurance Company; Illinois National Insurance Company; Chartis Casualty Company formerly known as American International South Insurance Company; AIU Insurance Company; American International Pacific Insurance Company; Granite State Insurance Company; Landmark Insurance Company; National Union Fire Insurance Company of Louisiana; New Hampshire Insurance Company; American International Group, Inc.; AIG Consultants, Inc.; and AIG Claim Services, Inc. filed an Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice (Docket No. 78) and neglected to attach the Certificate of Good Standing.  Attached hereto as Exhibit A is the Certificate of Good Standing for Jon W. Muenz.

Dated: August 21, 2014

Respectfully submitted,

SIDLEY AUSTIN LLP

By:  /s/ Bridget S. Johnsen
    Bridget S. Johnsen
    Attorneys for Defendants Except
    Broadspire and Crawford

NOTICE OF ERRATA