Bridget S. Johnsen (SBN 210778)
bjohnsen@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California  90013
Telephone:  (213) 896-6678
Facsimile:  (213) 896-6600

Nicholas P. Crowell *(pro hac vice application pending)*
ncrowell@sidley.com
Jon W. Muenz *(pro hac vice application pending)*
jmuenz@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY  10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599

*Attorneys for all Defendants*
*(except Broadspire Services, Inc.*
*and Crawford & Company, Inc.)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOURCE ONE STAFFING, LLC. | Case No. 11 CV 224-GW (PJWx) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Place:     Courtroom 10, Spring St. Floor |
| BROADSPIRE SERVICES, INC, et al., | Assigned to:  Hon. George H. Wu |
| Defendants. | |

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA      )
                          ) SS
COUNTY OF LOS ANGELES )

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California  90013.

     On August 22, 2014, I served the foregoing document(s) described as

➢ **OPPOSITION TO PLAINTIFF'S MOTION TO REMAND TO THE CALIFORNIA SUPERIOR COURT FOR THE COUNTY OF LOS ANGELES AND FOR COSTS**

on all interested parties in this action as follows (or as on the attached service list):

William Buranich
Lewis Brisbois Bisgaard and Smith LLP
333 Bush Street, Suite 1100
San Francisco, CA  94104

*Counsel for Defendants*
*Broadspire Services, Inc. and*
*Crawford & Company, Inc.*

☑    (VIA U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above.  I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los Angeles, California.  I am readily familiar with Sidley Austin LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

     I declare under penalty of perjury that the foregoing is true and correct.

     Executed on August 22, 2014, at Los Angeles, California.

NICOLE A. BIGLEY

1