Bridget S. Johnsen (SBN 210778)
SIDLEY AUSTIN LLP    bjohnsen@sidley.com
555 W. Fifth St., Ste. 4000
Los Angeles, CA 90013-1010
Tel: (213) 896-6000  Fax: (213) 896-6600
Attorneys for Defts. Except Broadspire & Crawford

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOURCE ONE STAFFING, LLC, <br> Plaintiff(s) <br> v. <br> BROADSPIRE SERVICES, INC., et al., <br> Defendant(s). | CASE NUMBER <br> CV 11-224-GW (PJWx) <br><br> ORDER ON APPLICATION <br> OF NON-RESIDENT ATTORNEY TO APPEAR <br> IN A SPECIFIC CASE *PRO HACE VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Crowell, Nicholas P.    of   SIDLEY AUSTIN LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    787 Seventh Avenue
                                                                New York, NY  10019
(212) 839-5300    (212) 839-5599
*Telephone Number*    *Fax Number*

ncrowell@sidley.com
*E-Mail Address*    *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Please see Schedule A, attached

*Name(s) of Party(ies) Represented*    ☐ Plaintiff    X  Defendant    ☐ Other:_____

**and designating as Local Counsel**

Johnsen, Bridget S.    of   SIDLEY AUSTIN LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    555 West Fifth St., Suite 4000
                                                               Los Angeles, CA 90013-1010
210778    (213) 896-6000
*Designee's Cal. Bar Number*    *Telephone Number*

(213) 896-6600
*Fax Number*    *Firm Name & Address*

bjohnsen@sidley.com
*E-Mail Address*

**hereby ORDERS the Application be:**

**X GRANTED**.
☐ **DENIED.  Fee shall be returned by the Clerk.**
☐ **DENIED.  For failure to pay the required fee.**

**Dated: August 26, 2014**

*/s/ George H. Wu*
**GEORGE H. WU, U.S. District Judge**