Bridget S. Johnsen (SBN 210778)
SIDLEY AUSTIN LLP      bjohnsen@sidley.com
555 W. Fifth St., Ste. 4000
Los Angeles, CA 90013-1010
Tel: (213) 896-6000  Fax: (213) 896-6600
Attorneys for Defts. Except Broadspire & Crawford

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOURCE ONE STAFFING, LLC,<br>Plaintiff(s)<br>v.<br>BROADSPIRE SERVICES, INC., et al.,<br>Defendant(s). | CASE NUMBER<br>CV 11-224-GW (PJWx)<br><br>ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HACE VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Muenz, Jon W.        of     SIDLEY AUSTIN LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*     787 Seventh Avenue
                                                                 New York, NY  10019
(212) 839-5300        (212) 839-5599
*Telephone Number*    *Fax Number*

jmuenz@sidley.com
*E-Mail Address*                      *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Please see Schedule A, attached

*Name(s) of Party(ies) Represented*     ☐ Plaintiff   X Defendant   ☐ Other:

**and designating as Local Counsel**

Johnsen, Bridget S.         of     SIDLEY AUSTIN LLP
*Designee's Name (Last Name, First Name & Middle Initial)*       555 West Fifth St., Suite 4000
                                                                  Los Angeles, CA 90013-1010
210778                (213) 896-6000
*Designee's Cal. Bar Number*   *Telephone Number*

(213) 896-6600
*Fax Number*                          *Firm Name & Address*

bjohnsen@sidley.com
*E-Mail Address*

**hereby ORDERS the Application be:**

**X GRANTED**.
☐ **DENIED.  Fee shall be returned by the Clerk.**
☐ **DENIED.  For failure to pay the required fee.**

**Dated: August 26, 2014**

*[signature]*

**GEORGE H. WU, U.S. District Judge**