# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | FOR COURT USE ONLY |
|---|---|
| | DUE DATE: |

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME  Bridget S. Johnsen | 2. PHONE NUMBER  213-896-6678 | 3. DATE  Sept. 19, 2014 |
|---|---|---|

| 4. FIRM NAME:   Sidley Austin LLP | 5. E-MAIL ADDRESS:   bjohnsen@sidley.com |
|---|---|

| 6. MAILING ADDRESS  555 W. Fifth St., 40th Floor | 7. CITY  Los Angeles | 8. STATE  CA | 9. ZIP CODE  90013-1010 |
|---|---|---|---|

| 10. CASE NUMBER  11 CV 224-GW (PJWx) | 11. CASE NAME  Source One Staffing v. Broadspire Services, etc., et al. | 12. JUDGE  Hon. George Wu |
|---|---|---|

| 13. APPEAL CASE NUMBER | 14. ORDER FOR  ☐ APPEAL  ☑ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT  ☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER _____ |
|---|---|

**15. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| Sep 15, 2014 | Katie Thibodeaux | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☑ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY):  Hearing on Motion to Remand |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

**16.  ORDER:   IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

| CATEGORY | ORIGINAL + 1  (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☑ |
| 14 DAYS | ☐ | PDF FORMAT | ☐ |
| 7 DAYS | ☑ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | 19. Transcription agency for digitally recorded proceedings: | |

**(CERTIFICATION 17 & 18)**
By signing the below, I certify that I will pay all charges
(deposit plus additional).

17. DATE:       September 19, 2014

18. SIGNATURE:   /s/  Bridget S. Johnsen

20. Month:  September     Day:  19     Year:  2014

Transcript payment arrangements were made with:

NAME OF OFFICIAL:   Katie E. Thibodeaux

Payment of estimated transcript fees were sent on the following date:
Month:  September     Day:  19     Year:  2014

G-120 (09/12)